UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| _____ | ) | ECF CASE |
| **SUE J. THOMAS** | ) | |
| | ) | Case Number: **1:11-cv-01476-TPG** |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| **RECEIVABLES PERFORMANCE** | ) | |
| **MANAGEMENT, LLC** | ) | |
| | ) | |
| **Defendant** | ) | |
| _____ | ) | |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiffs, Sue J. Thomas, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above, with prejudice.


BY: /s/  Bruce K. Warren
    Bruce K. Warren, Esquire
    Attorney for Plaintiff
    Warren & Vullings, LLP
    93 Old York Road
    Jenkintown, PA  19046
    215-745-9800